[No. 62468-7-I.   Division One.   December 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08208-1, Steven C. Gonzalez, J., entered September 18, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62474-1-I.   Division One.   December 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04335-1, Laura Gene Middaugh, J., entered October 9, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62543-8-I.   Division One.   December 28, 2009.]

JESSE WANDA HALVERSON, *Appellant*, v. LOUGHNEY PROPERTIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-01060-7, Michael E. Rickert, J., entered September 16, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 62646-9-I.   Division One.   December 28, 2009.]

*In the Matter of the Estate of* HERBERT WILLIAMS.

TOM O'BRIEN, *as Administrator, Appellant*, v. INSLEE BEST DOEZIE & RYDER, PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-01557-1, Michael J. Fox, J., entered September 25, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Appelwick, J.